FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2018 FEB 26  P 12: 29

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No. 1:18-mj- 99 |
| | ) |
| RAHAT O. GHUMMAN | ) Initial Appearance: February 21, 2018 |
| | 3/14/18 |

CRIMINAL INFORMATION
7087231
(Misdemeanor – 7087230/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 14, 2018, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, RAHAT O. GHUMMAN, did unlawfully, knowingly, and willfully steal, purloin or knowingly convert to her use or the use of another, property of the United States and any department or agency thereof, the property of the United States Marine Corps Exchange Service, said property having a value of less than One Thousand ($1,000) Dollars.

In violation of 18, United States Code, §661.

TRACY DOHERTY-McCORMICK
ACTING UNITED STATES ATTORNEY

By: _____
Bridget Karns
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia  22314

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2018, I mailed, a true and accurate copy of the Criminal Information herein filed to RAHAT O. GHUMMAN, 1400 S. Eads Street, APT G23N, Arlington, VA 22202.

Tracy R. Hernandez
Administrative Assistant Paralegal